Certificate Number: 03088-NJ-DE-038988209

Bankruptcy Case Number: 24-19949



03088-NJ-DE-038988209

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 21, 2024, at 11:51 o'clock PM CDT, Amanda L Windish completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   October 21, 2024            By:    /s/Doug Tonne

                                    Name:  Doug Tonne

                                    Title: Counselor