Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−19949−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amanda L Windish
   107 Lucille Drive
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−8726

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           12/18/24
Time:           09:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 28, 2024
JAN: jgd

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-19949-JNP
Amanda L Windish  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Oct 28, 2024  Form ID: 132  Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Amanda L Windish, 107 Lucille Drive, Egg Harbor Township, NJ 08234-9743 |
| 520416595 | | First Progress, Attn: Bankruptcy, PO Box 9053, Johnson City, TN 37615-9053 |
| 520435963 | + | Kirk Windish, 107 Lucille Dr., Egg Harbor Township, NJ 08234-9743 |
| 520416605 | | Shore Medical Center, Attn: Bankruptcy, 545 Inman St W, Cleveland, TN 37311-1768 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 28 2024 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 28 2024 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520416585 | | Email/Text: collections@abcofcu.org | Oct 28 2024 20:49:00 | ABCO FCU, Attn: Bankruptcy, PO Box 247, Rancocas, NJ 08073-0247 |
| 520435092 | | Email/Text: fwdbctl@spotloan.com | Oct 28 2024 20:47:33 | SpotLoan, P.o. Box 720, Belcourt, ND 58316 |
| 520416586 | | Email/Text: rm-bknotices@bridgecrest.com | Oct 28 2024 20:49:00 | Bridgecrest Acceptance Corp, PO Box 53087, Phoenix, AZ 85072-3087 |
| 520416587 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 28 2024 20:48:51 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 520416590 | | Email/Text: bankruptcy@sunrisecreditservices.com | Oct 28 2024 20:48:00 | COMCAST, Attn: Bankruptcy, PO Box 9004, Melville, NY 11747-9004 |
| 520416588 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2024 20:52:31 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520416589 | ^ | MEBN | Oct 28 2024 20:40:19 | Capital One N.A., Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520416591 | | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 28 2024 20:49:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520435075 | | Email/Text: davecares@dave.com | Oct 28 2024 20:48:15 | Dave, Inc., 1265 S., Chochran Ave, Los Angeles, CA 90001 |
| 520416594 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 28 2024 20:48:00 | First Horizon Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520416592 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 28 2024 20:49:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 520435077 | | Email/Text: cxs-doc-access@earnin.com | Oct 28 2024 20:47:00 | Earnin, 260 Sheridan Avenue, Palo Alto, CA |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 94306 |
| 520416593 | | Email/Text: bnc-bluestem@quantum3group.com | Oct 28 2024 20:49:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 520416596 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 28 2024 20:48:00 | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 520416597 | ^ | MEBN | Oct 28 2024 20:37:15 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520416598 | | Email/Text: paula.tilley@nrsagency.com | Oct 28 2024 20:47:00 | Natiowide Recovery Service, Attn: Bankruptcy, 545 Inman St W, Cleveland, TN 37311-1768 |
| 520416599 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 28 2024 20:49:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 520416600 | | Email/Text: netcreditbnc@enova.com | Oct 28 2024 20:49:40 | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd, Ste 600, Chicago, IL 60604-2948 |
| 520435085 | + | Email/Text: netcreditbnc@enova.com | Oct 28 2024 20:49:40 | Netcredit, P.O. Box 206766, Dallas, TX 75320-6766 |
| 520416601 | | Email/PDF: cbp@omf.com | Oct 28 2024 20:52:09 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 520435002 | + | Email/PDF: cbp@omf.com | Oct 28 2024 20:52:09 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520416602 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2024 20:52:37 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520416603 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 28 2024 20:48:51 | Progressive, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 520416604 | | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 28 2024 20:49:00 | Progressive, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520428538 | | Email/Text: paula.tilley@nrsagency.com | Oct 28 2024 20:47:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, PO BOX 8005, CLEVELAND, TN 37320-8005 |
| 520416606 | | Email/Text: bankruptcy@sunrisecreditservices.com | Oct 28 2024 20:48:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, PO Box 9004, Melville, NY 11747-9004 |
| 520432589 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 28 2024 20:51:49 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520434197 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 28 2024 20:49:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520435068 | * | ABCO FCU, Attn: Bankruptcy, PO Box 247, Rancocas, NJ 08073-0247 |
| 520435069 | * | Bridgecrest Acceptance Corp, PO Box 53087, Phoenix, AZ 85072-3087 |
| 520435070 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 520435073 | * | COMCAST, Attn: Bankruptcy, PO Box 9004, Melville, NY 11747-9004 |
| 520435071 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520435072 | * | Capital One N.A., Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520435074 | * | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520435079 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, First Horizon Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520435076 | *+ | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 520435078 | * | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2024 | Form ID: 132 | Total Noticed: 34 |

| | | |
|---|---|---|
| 520435080 | * | First Progress, Attn: Bankruptcy, PO Box 9053, Johnson City, TN 37615-9053 |
| 520435081 | * | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 520435082 | *+ | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520435083 | *P++ | NATIONWIDE RECOVERY SERVICE, ATTENTION PAULA TILLEY, PO BOX 8005, CLEVELAND TN 37320-8005, address filed with court:, Natiowide Recovery Service, Attn: Bankruptcy, 545 Inman St W, Cleveland, TN 37311-1768 |
| 520435084 | * | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 520435086 | * | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd, Ste 600, Chicago, IL 60604-2948 |
| 520435087 | * | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 520435088 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520435089 | * | Progressive, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 520435090 | * | Progressive, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520435091 | * | Shore Medical Center, Attn: Bankruptcy, 545 Inman St W, Cleveland, TN 37311-1768 |
| 520435093 | * | Sunrise Credit Services, Inc., Attn: Bankruptcy, PO Box 9004, Melville, NY 11747-9004 |

TOTAL: 0 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor First Horizon Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jeanie D. Wiesner | on behalf of Debtor Amanda L Windish jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4