IN THE UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>

Sadek Law Offices
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0088

In Re:

Amanda L. Windish
debtor

Case No: 24-19949

Chapter:13

Judge: JNP

# **<u>WITHDRAWAL OF DOCUMENT</u>**

TO THE CLERK:

Please withdrawal the following documents:

    Application for Wage Order *filed at Docket Number 32.*

Date: April 29, 2025                                      <u>By: /s/ Jeanie D. Wiesner</u>
                                                                                                  Attorney for Debtor