| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>First Horizon Bank | |
| In Re:<br><br>Amanda L. Windish,<br><br>Debtor. | Case No.:       24-19949-JNP<br><br>Chapter:             13<br><br>Hearing Date:   09/23/2025<br><br>Judge:              Poslusny |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief re: 107 Lucille Drive, Egg Harbor Township, NJ (Docket # 38)

_____

Date: 09/19/2025                                    /s/ Denise Carlon
                                                              Signature

*rev.8/1/15*