Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−19949−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amanda L Windish
   107 Lucille Drive
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−8726

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/22/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: September 22, 2025
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Amanda L Windish  
    Debtor

Case No. 24-19949-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Sep 22, 2025      Form ID: 148      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda L Windish, 107 Lucille Drive, Egg Harbor Township, NJ 08234-9743 |
| 520416595 | | First Progress, Attn: Bankruptcy, PO Box 9053, Johnson City, TN 37615-9053 |
| 520435963 | + | Kirk Windish, 107 Lucille Dr., Egg Harbor Township, NJ 08234-9743 |
| 520416605 | | Shore Medical Center, Attn: Bankruptcy, 545 Inman St W, Cleveland, TN 37311-1768 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 22 2025 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 22 2025 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Sep 23 2025 01:19:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| 520416585 | | Email/Text: collections@abcofcu.org | Sep 22 2025 21:46:00 | ABCO FCU, Attn: Bankruptcy, PO Box 247, Rancocas, NJ 08073-0247 |
| 520450246 | + | EDI: PHINAMERI.COM | Sep 23 2025 01:19:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520435092 | | Email/Text: fwdbctl@spotloan.com | Sep 22 2025 21:45:20 | SpotLoan, P.o. Box 720, Belcourt, ND 58316 |
| 520416586 | | Email/Text: rm-bknotices@bridgecrest.com | Sep 22 2025 21:46:00 | Bridgecrest Acceptance Corp, PO Box 53087, Phoenix, AZ 85072-3087 |
| 520416587 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 22 2025 21:45:21 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 520416590 | | Email/Text: bankruptcy@sunrisecreditservices.com | Sep 22 2025 21:45:00 | COMCAST, Attn: Bankruptcy, PO Box 9004, Melville, NY 11747-9004 |
| 520416588 | | EDI: CAPITALONE.COM | Sep 23 2025 01:19:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520416589 | ^ | MEBN | Sep 22 2025 21:45:25 | Capital One N.A., Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520481315 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 22 2025 21:46:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 520416591 | | EDI: CCS.COM | Sep 23 2025 01:19:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |

Case 24-19949-JNP    Doc 44    Filed 09/24/25    Entered 09/25/25 00:18:40    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2025 | Form ID: 148 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| 520435075 | | Email/Text: davecares@dave.com | Sep 22 2025 21:45:48 | Dave, Inc., 1265 S., Chochran Ave, Los Angeles, CA 90001 |
| 520416594 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 22 2025 21:45:00 | First Horizon Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520416592 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 22 2025 21:46:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 520435077 | | Email/Text: cxs-doc-access@earnin.com | Sep 22 2025 21:45:00 | Earnin, 260 Sheridan Avenue, Palo Alto, CA 94306 |
| 520416593 | | EDI: BLUESTEM | Sep 23 2025 01:19:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 520416596 | | EDI: PHINAMERI.COM | Sep 23 2025 01:19:00 | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 520416597 | ^ | MEBN | Sep 22 2025 21:44:38 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520480757 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2025 21:55:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520416598 | | Email/Text: paula.tilley@nrsagency.com | Sep 22 2025 21:45:00 | Natiowide Recovery Service, Attn: Bankruptcy, 545 Inman St W, Cleveland, TN 37311-1768 |
| 520444418 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 22 2025 21:45:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520416599 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 22 2025 21:46:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 520416600 | | Email/Text: netcreditbnc@enova.com | Sep 22 2025 21:46:13 | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd, Ste 600, Chicago, IL 60604-2948 |
| 520435085 | + | Email/Text: netcreditbnc@enova.com | Sep 22 2025 21:46:13 | Netcredit, P.O. Box 206766, Dallas, TX 75320-6766 |
| 520416601 | | EDI: AGFINANCE.COM | Sep 23 2025 01:19:00 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 520435002 | + | EDI: AGFINANCE.COM | Sep 23 2025 01:19:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520466909 | | EDI: PRA.COM | Sep 23 2025 01:19:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520416602 | | EDI: PRA.COM | Sep 23 2025 01:19:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520480756 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2025 21:54:42 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520416603 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 22 2025 21:45:21 | Progressive, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 520416604 | | EDI: CCS.COM | Sep 23 2025 01:19:00 | Progressive, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520428538 | | Email/Text: paula.tilley@nrsagency.com | Sep 22 2025 21:45:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, PO BOX 8005, CLEVELAND, TN 37320-8005 |
| 520416606 | | Email/Text: bankruptcy@sunrisecreditservices.com | Sep 22 2025 21:45:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, PO Box 9004, Melville, NY 11747-9004 |
| 520432589 | + | EDI: AIS.COM | Sep 23 2025 01:19:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520434197 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 22 2025 21:46:00 | U.S. Department of Education c/o Nelnet, 121 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2025 | Form ID: 148 | Total Noticed: 41 |

South 13th Street, Lincoln, NE 68508-1904

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520435068 | * | ABCO FCU, Attn: Bankruptcy, PO Box 247, Rancocas, NJ 08073-0247 |
| 520435069 | * | Bridgecrest Acceptance Corp, PO Box 53087, Phoenix, AZ 85072-3087 |
| 520435070 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 520435073 | * | COMCAST, Attn: Bankruptcy, PO Box 9004, Melville, NY 11747-9004 |
| 520435071 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520435072 | * | Capital One N.A., Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520435074 | * | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520435079 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, First Horizon Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520484721 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, First Horizon Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 520435076 | *+ | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 520435078 | * | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 520435080 | * | First Progress, Attn: Bankruptcy, PO Box 9053, Johnson City, TN 37615-9053 |
| 520435081 | * | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 520435082 | *+ | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520435083 | *P++ | NATIONWIDE RECOVERY SERVICE, ATTENTION PAULA TILLEY, PO BOX 8005, CLEVELAND TN 37320-8005, address filed with court:, Natiowide Recovery Service, Attn: Bankruptcy, 545 Inman St W, Cleveland, TN 37311-1768 |
| 520435084 | * | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 520435086 | * | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd, Ste 600, Chicago, IL 60604-2948 |
| 520481779 | * | One Main Financial, Attn Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 520435087 | * | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 520435088 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520435089 | * | Progressive, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 520435090 | * | Progressive, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520435091 | * | Shore Medical Center, Attn: Bankruptcy, 545 Inman St W, Cleveland, TN 37311-1768 |
| 520435093 | * | Sunrise Credit Services, Inc., Attn: Bankruptcy, PO Box 9004, Melville, NY 11747-9004 |

TOTAL: 0 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Sep 24, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 22, 2025 | Form ID: 148 | Total Noticed: 41 |

Denise E. Carlon
        on behalf of Creditor First Horizon Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jeanie D. Wiesner
        on behalf of Debtor Amanda L Windish jeanie@sadeklaw.com
        brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
        on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial wcraig@egalawfirm.com,
        mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 5